Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
BRIDGETTE REBECCA SYKES

MCGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
IN SEON JEONG
Social Security Administration
160 Spear Street, Suite 800
San Francisco, CA  94105
(415) 977-8984
inseon.jeong@ssa.gov

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIDGETTE REBECCA SYKES,<br><br>Plaintiff,<br><br>v.<br><br>ANDREW SAUL,<br>COMMISSIONER OF<br>SOCIAL SECURITY,<br><br>Defendant. | No.  1:20-CV-00268-SKO<br><br>**POST HOC STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE (SOCIAL SECURITY DISABILITY APPEAL**)<br><br>(Doc. 12) |

   IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, that

Plaintiff shall have a first-time *post hoc* extension to serve her Confidential Letter Brief.

Plaintiff's counsel makes this request due to erroneously anticipating an Order lifting the stay

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

1  imposed on this action following the lodging of the Certified Administrative Record on July 28,
2  2020. (ECF Doc. 9 and 10) Counsel erroneously made the assumption that such an Order would
3  be issued given the issuance of such Orders by other Courts. Upon further review of General
4  Order No. 615, no such Order lifting the stay is required. Plaintiff's counsel apologizes for the
5  error and assures the Court that the delay caused was not intentional. Plaintiff's counsel promptly
6  filed the instant request upon discovering the error. Plaintiff's Confidential Letter Brief will be
7  filed no later than fourteen (14) days from the date of filing of the instant extension request, on or
8  before November 3, 2020. All corresponding briefing deadlines are modified accordingly.

Respectfully submitted,

Dated: October 19, 2020                NEWEL LAW

By:   *Melissa Newel*
      Melissa Newel
      Attorney for Plaintiff
      BRIDGETTE REBECCA SYKES


Dated: October 19, 2020                MCGREGOR W. SCOTT
                                       United States Attorney
                                       DEBORAH LEE STACHEL
                                       Regional Chief Counsel, Region IX
                                       Social Security Administration

By:   In Seon Jeong*
      IN SEON JEONG
      (*Authorized by email dated 10/19/2020*)
      Special Assistant U.S. Attorney
      Attorneys for Defendant

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE

**ORDER**

On October 19, 2020, the parties filed the above stipulation (Doc. 12), 53 days after Plaintiff's confidential letter brief was to be served.

The Court may extend time to act after the deadline has expired because of "excusable neglect." Fed. R. Civ. P. 6(b)(1)(B). Here, the stipulation demonstrates both good cause (*see* Fed. R. Civ. P. 16(b)(4)) and excusable neglect to support the request for extension of time. Accordingly, the Court GRANTS the parties' stipulated request. **The parties are cautioned, however, that future post hoc requests for extensions of time will be viewed with disfavor.**

IT IS HEREBY ORDERED that Plaintiff is granted an extension of time to November 3, 2020, to serve her Confidential Letter Brief. All other deadlines set forth in the Scheduling Order (Doc. 5-1) are modified accordingly.

IT IS SO ORDERED.

Dated:  **October 21, 2020**              /s/ *Sheila K. Oberto*
                                                    UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE